United States District Court
For the Northern District of California

1
2
3
4
5
6
7      IN THE UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| ORDER OF THE CHIEF JUDGE | No | C 03-5777  FMS |
|---|---|---|
| | | C 04-0297  FMS |
| RE:  REASSIGNMENT OF CASES | | C 04-0672  FMS |
| PENDING BEFORE | | C 04-1291  FMS |
| | | C 04-1907  FMS |
| THE HONORABLE FERN M SMITH | | C 04-2269  FMS |
| | | C 04-2780  FMS |
| _____/ | | C 04-3474  FMS |
| | | C 04-3699  FMS |
| | | C 04-3715  FMS |
| | | C 04-3781  FMS |
| | | C 04-3927  FMS |
| | | C 04-4041  FMS |
| | | C 04-4448  FMS |
| | | C 04-4854  FMS |
| | | C 04-4941  FMS |
| | | C 04-5187  FMS |
| | | C 04-5307  FMS |
| | | C 04-5413  FMS |
| | | C 04-5511  FMS |
| | | C 05-0157  FMS |
| | | C 05-0223  FMS |
| | | C 05-0293  FMS |
| | | C 05-0533  FMS |
| | | C 05-0623  FMS |

Because the Honorable Fern M Smith, to whom the above cases were assigned, will retire effective June 30, 2005, these cases are re-assigned as follows:

On or before July 29, 2005, the parties may select one or more of the following magistrate judges to conduct any and all proceedings, including trial and entry of judgment pursuant to 28 USC § 636(c)(1) :

United States District Court
For the Northern District of California

1          **Honorable James Larson, Chief Magistrate Judge**

2          **Honorable Edward M Chen, Magistrate Judge**

3          **Honorable Maria-Elena James, Magistrate Judge**

4          **Honorable Elizabeth D Laporte,  Magistrate Judge**

5          **Honorable Joseph C Spero,  Magistrate Judge**

6          **Honorable Bernard Zimmerman,  Magistrate Judge**

7

8          **Upon filing with the court a selection and consent form signed by**

9 **all parties (or one for each party), the case will be re-assigned to one of the**

10 **magistrate judges chosen by the parties.  A magistrate judge selection and**

11 **consent form is attached for the parties' convenience.**

12          **In the event the parties fail timely to consent to a magistrate judge,**

13 **the clerk is directed to re-assign the case to a Unites States district judge**

14 **selected at random from the active and senior judges of the court.**

15

16

17          **IT IS SO ORDERED.**

18

19                                                    _____

20                                 **VAUGHN R WALKER**
                                **United States District Chief Judge**

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**Plaintiff,**

v

**Defendant.**
_____/

No C _____ FMS

**SELECTION OF AND CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

  **In accordance with the provisions of 28 USC § 636(c), all parties to this action hereby consent to have Magistrate Judge(s) _____, or _____, or _____ conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.**

**Dated: _____**

_____
**Signature**

**Counsel for _____**
*(name of party, indicate plaintiff or defendant)*

1

**Dated:** _____          _____
2                                       **Signature**

3                                       **Counsel for** _____
4                                       *(name of party, indicate plaintiff or defendant)*

5    **Dated:** _____          _____
                                         **Signature**
6
                                         **Counsel for** _____
7                                       *(name of party, indicate plaintiff or defendant)*

8
**Dated:** _____          _____
9                                       **Signature**

10                                      **Counsel for** _____
11                                      *(name of party, indicate plaintiff or defendant)*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California