IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE SIMMONS, Individually, as Wrongful Death Heir, and as Successor-in-Interest to STAFFORD THOMAS SIMMONS, Deceased; and LINDSEY SIMMONS as Legal Heir of STAFFORD THOMAS SIMMONS, Deceased,<br><br>  Plaintiffs,<br><br>  v.<br><br>VIACOM, INC.; NEWPORT NEWS SHIPBUILDING & DRY DOCK COMPANY; and DOES 1-300,<br><br>  Defendants. | No. C 05-00533 WHA<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the order issued by the Judicial Panel on Multidistrict Litigation on June 22, 2005, transferring the above-captioned action to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings in *In re Asbestos Product Liability Litigation (No. VI)*, MDL Docket No. 875, the case management conference, currently scheduled for **OCTOBER 13, 2005 AT 3:00 P.M.**, is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 20, 2005

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE